AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

AUG 1 2 2008

UNITED STATES OF AMERICA

v.

ORTENCIA MACIAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2656-JLS

 

    I, <u>ORTENCIA MACIAS</u> , the above named defendant, who is accused of committing the

following offense:

        Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _Aug 12, 2008_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

 

 

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer